free walleye clipart

Web   Images   Shopping   Videos   News   More

About 27,500 results (0.39 seconds)

Images for free walleye

